Haba, Appellant, *v.* Ateco Equipment Co. et al.

Argued November 14, 1973. *Dennis C. Harrington,* with him *Helen M. Witt,* and *Harrington, Feeney and Schweers,* for appellant; *Frederick N. Engler* and *Arthur Gorr,* with them *Janice I. Gambino, Egler, McGregor and Reinstadtler,* and *Stein and Winters,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

Hajel et al. *v.* Burrell Construction and Supply Company, Appellant et al.

Argued November 16, 1973. *Robert C. Little,* with him *Burns, Manley and Little,* for appellant; *Clyde T. MacVay,* with him *Evans, Ivory and Evans,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.